14488

TOWN OF CHERAW v. TURNAGE *ET AL.*

(191 S. E., 831)

February, 1937.

*Mr. R. E. Hanna,* for appellants, Sara Caulder Turnage and Eva Caulder Franklin, cites: 

*Mr. John D. Nock,* for appellants, Mamie D. Powe and Mamie D. Powe, as guardian *ad litem* of H. L. Powe, Jr., and Mary Elizabeth Powe, cites:

*Messrs. Samuel Want* and *P. A. Murray, Jr.,* for respondent, cite: 

May 27, 1937.

The opinion of the Court was delivered by Mr. Justice Bonham.

The logical and well-considered decree of Judge Grimball correctly disposes of the questions involved in this case. We adopt it as the opinion of this Court. Let it be reported.

The appeal is dismissed.

Messrs. Justices Carter, Baker and Fishburne concur.

Mr. Chief Justice Stabler concurs in result.